IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VERNON E. BROWN                                                          PLAINTIFF

v.                       Case No. 3:09-cv-151-DPM

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
CHASE HOME FINANCE LLC,
and DOES 1-50                                                          DEFENDANTS

ORDER

Mortgage Electronic Registration Systems, Inc. moves to compel *pro se* Plaintiff Vernon Brown to answer its now long-outstanding written discovery requests. *Document No. 18*. The Court grants the motion and directs Brown to fully and completely respond to the unanswered discovery requests by 25 March 2011. If Brown fails to do so, then he may face sanctions under Federal Rule of Civil Procedure 37, including but not limited to the dismissal of his complaint.

The Court orders the Clerk to immediately mail a copy of this Order to Vernon E. Brown at 2212 Oak Creek Road, West Memphis, Arkansas 72301, which is the last known good address for Brown. Additionally, the Court

encourages Mortgage Electronic's counsel to try and contact Brown at his last known telephone number — (870) 636-3142 — and inform him about this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 Feb. 2011