IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VERNON E. BROWN**                                              **PLAINTIFF**

v.           Case No. 3:09-cv-151–DPM

**MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
CHASE HOME FINANCE LLC,
and DOES 1–50**                                  **DEFENDANTS**

### ORDER

The Court grants Defendant's motion to dismiss, *Document No. 22*, Vernon Brown's complaint, *Document No. 2*, without prejudice because Brown has failed to prosecute the case. Each party will bear its own expenses and costs.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 May 2011