IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VERNON E. BROWN                                                       PLAINTIFF

v.                    Case No. 3:09-cv-151-DPM

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
CHASE HOME FINANCE LLC,
and DOES 1–50                                                        DEFENDANTS

JUDGMENT

The Court dismisses Vernon Brown's complaint without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 May 2011